**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00380-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LANCE HUTCHISON,

        Defendant.

---

**ORDER SETTING ASIDE INTEREST ON RESTITUTION**

---

        This matter is before the Court on the report of the Court's Probation Officer wherein the defendant has exhibited an open attitude of cooperativeness with the Probation Office, has paid his Crime Victim Fund Assessment in full and continues to reflect stability in both residence and employment with no significant changes in status. Therefore, it is

        **ORDERED** that interest on restitution be waived.

        **IT IS FURTHER ORDERED** that all other conditions previously ordered shall remain in full force and effect.

        **DATED** at Denver, Colorado, July 31, 2006.

        BY THE COURT:

        s/ Robert E. Blackburn
        _____
        Robert E. Blackburn
        United States District Judge