**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00380-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LANCE R. HUTCHISON,

    Defendant.

## MINUTE ORDER[1]

    On **March 26, 2010**, commencing at 9:00 a.m., the court shall conduct a probation violation hearing in the above-referenced matter. The court reserves one (1) hour for this hearing.

    Dated: March 9, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[Rev. 8/26/04]